# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 22, 2010

139744

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

NICHOLAS CHAPMAN,
      Defendant-Appellant.

SC: 139744
COA: 291568
Oakland CC: 04-196979-FH

_____/

On order of the Court, the application for leave to appeal the August 11, 2009 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration, as on leave granted, of the issue whether the defendant's challenge to the score rendered for offense variable 13 is timely or is otherwise preserved for appellate review, and if so, whether the variable was correctly scored. In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining question presented should be reviewed by this Court.

We do not retain jurisdiction.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 22, 2010

_____
Clerk